# In the United States Court of Federal Claims

No. 06-367 C

(Filed October 3, 2006)

* * * * * * * * * * * * * * * * * * * * * *
CARLOS M. AQUINO, et. al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 28, 2006, plaintiffs filed an unopposed Motion for Enlargement of Time to File Dispositive Motions from October 30, 2006 to February 6, 2007. Plaintiffs' motion reports that it is likely the parties will be able to resolve plaintiffs' claims by settlement during this enlargement of time.

Accordingly, it is hereby **ORDERED** that plaintiffs' Motion for Enlargement of Time is **GRANTED** and plaintiffs' Dispositive Motion shall be filed on or before **February 6, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge