IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARLOS M. AQUINO, et al. <br> Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. 06-367C <br> (Judge Lynn J. Bush) |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiffs hereby request an enlargement of time to file their dispositive motions in the above-captioned case from February 6, 2007 to April 9, 2007. Plaintiffs are currently scheduled to file their dispositive motion on February 6, 2007 for plaintiffs who occupy or who have occupied the position of diversion investigator at the Drug Enforcement Administration. Because it now appears likely that the parties will be able to resolve the claims of these plaintiffs by settlement, plaintiffs request an enlargement of time until April 9, 2007 to file their dispositive motion in this case. Defendant's counsel has authorized plaintiffs' counsel to represent that he has no objection to the granting of the instant request.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

Attorneys for Plaintiffs

Dated: February 6, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 6th day of February 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein