# In the United States Court of Federal Claims

No. 06-367 C

(Filed February 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CARLOS M. AQUINO, et. al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 6, 2007, plaintiffs filed an unopposed Motion for Enlargement of Time, to and including April 9, 2007, within which to file dispositive motions in the subject matter. Plaintiffs' counsel reports that it now appears likely that the parties will be able to resolve the claims by settlement and requests this enlargement of time to do so.

Accordingly, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**; **Dispositive Motions** shall be filed on or before **April 9, 2007**; and, absent the filing of dispositive motions, the parties are directed to **FILE** a **Joint Status Report**, on or before **April 13, 2007** informing the court of the status of settlement proceedings.

/s/Lynn J. Bush
LYNN J. BUSH
Judge